

# MANDATE

## The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE 133RD DISTRICT COURT OF HARRIS COUNTY, GREETINGS:

On November 5, 2024, the Court of Appeals for the Fifteenth District of Texas affirmed your judgment in the following case:

Derrick  Broze v. The State of Texas

Court of Appeals No. 15-24-00020-CV
Trial Court No. 2023-73723

The Court of Appeals entered the following judgment or order:

This cause, an appeal from the judgment in favor of appellee, The State of Texas, signed, February 26, 2024, was heard on the appellate record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Derrick Broze, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this May 13, 2025.

**CHRISTOPHER A. PRINE, CLERK**